UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:13-cr-207-Orl-28TBS

MAGDA RAPHAEL

### SEALING ORDER

Pending before the Court is Defendant Magda Raphael's Motion to File Under Seal (Doc. 31). Defendant entered a plea of guilty and is scheduled for sentencing on December 18, 2013. (Docs. 22, 26). She is asking the Court to consider her Social Security records which she seeks leave to file under seal on the ground that they contain her private medical information that is inappropriate for public disclosure. (Doc. 31). Counsel represents that he has conferred with the Assistant United States Attorney prosecuting this case and the Government has no objection to the records being filed under seal. (Id.).

The motion to seal is GRANTED. Defendant is authorized to file her Social Security records containing her private health information under seal. The Social Security records shall remain sealed until further Order of the Court or the conclusion of this case (including appeals), whichever occurs first. If Defendants' Social Security records are still under seal at the conclusion of this case, then it is the responsibility of Defendant's lawyers to retrieve them from the Clerk of Court.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on December 17, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel